IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KARA KARASCH,

        Appellant,

 v.

                                    Case No.  5D21-2204
                                    LT Case No. 2019-CA-021976

PUBLIX SUPER MARKETS, INC.,

        Appellee.

_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Brevard County,
William David Dugan, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellant.

Diane G. DeWolf and Katherine E.
Giddings, of Akerman LLP, Tallahassee,
for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EDWARDS and HARRIS, JJ., concur.